# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2010

138975

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KYRUS WEEMS,
        Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138975
COA: 288717
Wayne CC: 01-006261

On order of the Court, the application for leave to appeal the April 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

p0129

_____
Clerk